Date signed September 23, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | | Case No. 05-20791PM |
|---|---|---|
| | | Chapter 13 |
| Annie Congtang Vu, | | |
| | Debtor. | |

## MEMORANDUM TO CHAPTER 13 TRUSTEE (D.E. NO. 51)

Upon review of the Chapter 13 Trustee's Motion to Dismiss due to the death of the Debtor , the court noting that the Trustee filed a Claim Against the Decedent's Estate in the Circuit Court for Montgomery County on July 21, 2008 (D.E. No. 50), the court requests the Trustee to advise the court as how she will proceed with that claim in the event that Debtor's bankruptcy case is dismissed.

cc:    Chapter 13 Trustee

## End of Memorandum